NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000549
14-AUG-2017
09:01 AM**

NO. CAAP-16-0000549

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
CARL LEDUNE, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 15-1-136K)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order, filed on June 9, 2017, is hereby corrected as follows:

1.    On page 3, in the seventh line, the word "waived" should be replaced with "waved" so that as corrected, the text reads: ". . . he waved the bat while . . . ."

2.    On page 3, in the ninth line, "treatened" should be replaced with "threatened" so that as corrected, the text reads: "CW1 "felt kind of threatened with the bat" so he . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 14, 2017.

FOR THE COURT:

*Craig H. Nakamura*
Chief Judge

---

[1/] Nakamura, Chief Judge, and Fujise and Leonard, JJ.